,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC MICHAEL CASTILLO,<br><br>        Petitioner,<br><br>        v.<br><br>ROBINSON,<br><br>        Respondent. | Case No. EDCV 20-0411-JVS (JPR)<br><br>ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND ADMINISTRATIVELY CLOSING CASE |

On February 20, 2020, in case number EDCV 20-0346-JVS (JPR), Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, and on February 26, the Court ordered Respondent to respond to it. The next day, the Eastern District of California ordered transferred to this Court an identical habeas petition that Petitioner had erroneously filed there. This Court received it and opened a new case with the case number in the caption above. Because the two habeas petitions are identical, the Court dismisses the one filed in this case and will proceed to adjudicate the one in case number EDCV 20-0346-JVS (JPR).

For the foregoing reasons, the Petition is SUMMARILY DISMISSED and the Clerk is directed to administratively close

this case.  See R. 4, Rs. Governing § 2254 Petitions in U.S. Dist. Cts. (allowing for summary dismissal of habeas petitions); C.D. Cal. R. 72-3.2 (authorizing Magistrate Judge to prepare summary-dismissal order for District Judge's signature).

DATED: March 12, 2020

JAMES V. SELNA
U.S. DISTRICT JUDGE

Presented by:

Jean Rosenbluth
U.S. Magistrate Judge

2