JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAAC MICHAEL CASTILLO, ) | Case No. EDCV 20-0411-JVS (JPR) |
| ) | |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| ) | |
| ROBINSON, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

     Pursuant to the Order Summarily Dismissing Petition for Writ
of Habeas Corpus and Administratively Closing Case,

     IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 12, 2020

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE